**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Servina Molina, | ) | No. CIV 05-0751-PHX-SMM |
| Plaintiff, | ) ) | **ORDER** |
| v. | ) ) | |
| Phoenix Union High School District, | ) ) | |
| Defendant. | ) ) | |
| | ) ) | |

Pending before the Court is the parties' Stipulated Motion to Extend Plaintiff's Time to Respond to Defendant's Motion for Summary Judgment. [Doc. No. 31]. Good cause appearing,

**IT IS ORDERED** the parties' Stipulated Motion to Extend Plaintiff's Time to Respond to Defendant's Motion for Summary Judgment [Doc. No. 31] is **GRANTED**. Plaintiffs shall have through **November 17, 2006**, to file a response to Defendant's Motion for Summary Judgment.

DATED this 16th day of November, 2006.

Stephen M. McNamee
United States District Judge