**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Servina Molina, | No. CIV 05-0751-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Phoenix Union High School District, | |
| Defendant. | |

Pending before the Court is the parties' Stipulation to Extend Time for Defendant to File a Reply to Motion for Summary Judgement. [Doc. No. 36]. Good cause appearing,

**IT IS ORDERED** the parties' Stipulation to Extend Time for Defendant to File a Reply to Motion for Summary Judgement [Doc. No. 36] is **GRANTED**. Defendant shall have through **December 6, 2006**, to file a reply to Plaintiff's Response to the Motion for Summary Judgment.

DATED this 29th day of November, 2006.

Stephen M. McNamee
United States District Judge